David D. Lawrence, [State Bar No. 123039]
Christina M. Sprenger, Esq. [State Bar No. 205105]
Maria Z. Markova, Esq. [State Bar No. 233953]
LAWRENCE BEACH ALLEN & CHOI
A Professional Corporation
1600 North Broadway, Suite 1010
Santa Ana, California 92706
Telephone No. (714) 479-0180
Facsimile No. (714) 479-0181
Facsimile: dlawrence@lbaclaw.com

Attorneys for Defendants
CITY OF FONTANA, OFFICER JASON DAVID DELAIR,
OFFICER JOE REYES MORENO
and OFFICER MARC EDWARD GONZALEZ

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR MUNOZ, SR., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST OF HECTOR MUNOZ, JR., DECEASED, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF FONTANA; OFFICER JASON DAVID DELAIR; OFFICER JOE REYES MORENO; OFFICER MARC EDWARD GONZALEZ, AND DOES 1 THROUGH 50, INCLUSIVE, <br><br> Defendants. | Case No. EDCV 06-01114 SGL (OPx) <br><br> **FINAL JUDGMENT** <br><br> Honorable Stephen G. Larson |

The trial in the above-referenced matter commenced on November 4, 2008 and on November 13, 2008, a duly-empanelled jury rendered a verdict in favor of Defendants OFFICER JASON DAVID DELAIR, OFFICER JOE REYES MORENO and OFFICER MARC EDWARD GONZALEZ on all remaining claims against those Defendants. Since the only remaining claim against Defendant CITY OF FONTANA was a state law claim based upon *respondeat*

1

*superior*, the effect of the jury's verdict was to rule in favor of Defendant CITY OF FONTANA as well.

Accordingly, IT IS HEREBY ORDERED that judgment be entered in favor of Defendants CITY OF FONTANA, OFFICER JASON DAVID DELAIR, OFFICER JOE REYES MORENO and OFFICER MARC EDWARD GONZALEZ on all claims against Plaintiff HECTOR MUNOZ, SR. on his own behalf and as Successor in Interest of Hector Munoz, Jr. and that said Defendants recover their costs against Plaintiff HECTOR MUNOZ, SR. according to proof.

DATED: November 21, 2008

                                                                         *[signature]*
                                                                         United States District Judge

Presented by:

LAWRENCE BEACH ALLEN & CHOI


By: _____
       David D. Lawrence
Attorneys for Defendants
CITY OF FONTANA, OFFICER JASON DAVID DELAIR, OFFICER JOE REYES MORENO and OFFICER MARC EDWARD GONZALEZ

2